UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XUAN PHAT DUONG,<br><br>　　　　　　Petitioner(s),<br>　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　Respondent(s). | CASE NO. C25-2095-KKE-SKV<br><br>ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE AND TO WITHDRAW REFERRAL TO MAGISTRATE JUDGE |

Now before the Court is Petitioner Xuan Phat Duong's unopposed motion for a briefing schedule and request to withdraw the referral to the Magistrate Judge. Dkt. No. 8. The Court GRANTS the unopposed motion. It is ORDERED that the referral is withdrawn and the following briefing schedule is adopted:

- Respondents' return is due by November 21, 2025.
- Petitioner's response is due November 28, 2025.
- The Petition (Dkt. No. 1) will be noted for November 28, 2025.

Dated this 10th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR BRIEFING SCHEDULE AND TO WITHDRAW REFERRAL TO MAGISTRATE JUDGE - 1