UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XUAN PHAT DUONG,<br><br>     Petitioner(s),<br><br> v.<br><br>PAMELA BONDI, et al.,<br><br>     Respondent(s). | CASE NO. C25-2095-KKE<br><br>ORDER DIRECTING STATUS REPORT |

  This matter comes before the Court *sua sponte*. On December 15, 2025, the Court granted Petitioner Xuan Phat Duong's habeas petition, finding that he faced no significant likelihood of removal in the reasonably foreseeable future, and ordered Respondents to "*immediately* release Duong from custody under the conditions of his most recent order of supervision." Dkt. No. 14 at 10 (emphasis added). This morning—four days after the Court's order—the Federal Defender's Office, which represents Duong, informed chambers that Immigration and Customs Enforcement ("ICE") has still not released Duong from custody. At 10:50 a.m., Respondents' counsel replied, explaining that the U.S. Attorney's Office had notified ICE of the order but, due to "human error," the notification was not properly forwarded to Enforcement and Removal Operations ("ERO"). Respondents' counsel states that she has now informed ERO of the order to release Duong and that "ERO is working on it now and has prioritized the release, which should occur in the next few hours."

ORDER DIRECTING STATUS REPORT - 1

1 | Accordingly, the Court ORDERS Respondents to file a status report by **4:00 p.m. today,**
2 | **December 19, 2025**, confirming that Duong has been released in compliance with the Court's
3 | order or, if he has not been released, explaining why not and detailing Respondents' efforts to
4 | effectuate Duong's immediate release.
5 | Dated this 19th day of December, 2025.

*[Signature]*

Kymberly K. Evanson
United States District Judge