## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| XUAN PHAT DUONG,<br><br>                    Petitioner(s),<br>     v.<br><br>PAMELA BONDI, et al.,<br><br>                    Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2095-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Duong's petition for writ of habeas corpus is GRANTED.  Respondents are ORDERED to immediately release Duong from custody under the conditions of his most recent order of supervision.

Dated January 5, 2026.

Ravi Subramanian
Clerk of Court


/s/ Alejandro Pasaye Hernandez
Deputy Clerk
